**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 266 EAL 2014
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JOSE MAITINEZ, :
:
            Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 267 EAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JASON O O. MORALES, :
:
            Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petitions for Allowance of Appeal are **DENIED**.